In the Matter of the Accounting of EMPIRE TRUST COMPANY, as Trustee under the Will of THOMAS B. HIDDEN, Deceased, Appellant.

JAMES E. CARROLL, as Special Guardian for MARJORIE SULLY et al., Infants, et al., Respondents.

Argued October 7, 1938; decided October 25, 1938.

*William L. Woodward, William A. Mulvey* and *Daniel F. Cory* for appellant.

*Benjamin E. Messler, James E. Carroll* and *Bernard Hess* for respondents.

Order affirmed, with costs to all parties filing separate briefs payable out of the estate, and the question certified answered in the affirmative. Motion to dismiss appeal denied, without costs. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.